IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN LARKIN & MAUREEN LARKIN, individually and as ADMINISTRATRIX FOR THE ESTATE OF TIMOTHY LARKIN, and KEVIN LARKIN, individually, | : : : : : : |
| Plaintiffs, | : CIVIL ACTION NO. 14-1802 |
| v. | : : : |
| GEICO GENERAL INSURANCE COMPANY d/b/a GEICO, and NATIONWIDE MUTUAL INSURANCE COMPANY d/b/a NATIONWIDE, | : : : : : |
| Defendants. | : |

## ORDER

**AND NOW**, this 13th day of February, 2015, after considering the motions of the defendants, Geico General Insurance Company and Nationwide Mutual Insurance Company, to dismiss the complaint (Doc. Nos. 6, 8), and the replies to the motions to dismiss filed by the plaintiffs, Kevin Larkin and Maureen Larkin, (Doc. Nos. 11, 12); and after reviewing the complaint and the exhibits attached thereto (Doc. No. 1, Ex. 1), it is hereby **ORDERED** that the motions to dismiss (Doc. Nos. 6, 8) are **GRANTED** and the complaint is **DISMISSED**. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Edward G. Smith*
EDWARD G. SMITH, J.